# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3922

_____

| | | |
|---|---|---|
| Erma Evans, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Arkansas. |
| AT&T Corporation, Originally sued as | * | |
| "American Telephone & Telegraph | * | [UNPUBLISHED] |
| Company," | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: November 22, 1999

Filed: November 29, 1999

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Erma Evans appeals the district court's grant of summary judgment for the defendant, AT&T Corporation. Evans contends the district court abused its discretion in granting the motion because there are genuine issues of fact about Evans's eligibility for benefits under AT&T's Sickness and Accident Plan and under its Long Term Disability Plan. Having considered the parties' briefs and the record, we agree with the district court that Evans knowingly ended her employment with AT&T when she

accepted and cashed her termination allowance check and thus made herself ineligible for disability benefits available only to AT&T employees.  We affirm the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.